## Commonwealth v. Bryant, Appellant.

Submitted September 17, 1974. *William P. Coffin*, for appellant; *Robert A. Freedberg*, Assistant District Attorney, and *Charles H. Spaziani*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Bungo, Appellant.

Submitted September 9, 1974. *Peter T. Campana* and *Kenneth D. Brown*, Assistant Public Defenders, and *John A. Felix*, Public Defender, for appellant; *Gregory V. Smith*, Assistant District Attorney, and *Allen E. Ertel*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Couderc, Appellant.

Submitted November 11, 1974. *John R. Cook*, Assistant Defender, *Stephen P. Swem*, Trial Defender, *John J. Dean*, Chief, Appellate Division, and *George H. Ross*, Public Defender, for appellant; *Robert L. Eberhardt*, Assistant District Attorney, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.